KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808)541-2958
Email:  Mohammad.Khatib@usdoj.gov

Attorneys for United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 24, 2019
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID KING, ) <br> ) <br> Defendant. ) <br> ) | MAG. NO. 19-00976-WRP <br><br> CRIMINAL COMPLAINT; <br> AGENT'S AFFIDAVIT |

## **CRIMINAL COMPLAINT**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

//

# COUNT 1

On or about the 13th day of September, 2019, in the District of Hawaii, DAVID KING, the defendant, did by force, violence and intimidation take from the person or presence of another, money belonging to, and in the care, custody, control, management, and possession of Territorial Savings Bank, located at 1111 McCully Street, Honolulu, Hawaii 96826, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this complaint is based on the following affidavit which is attached hereto and incorporated herein by reference.

//
//
//
//
//

DATED: Honolulu, Hawaii: September 23, 2019.

_____
Danielle DeSanctis
FBI Special Agent

Sworn to under oath before me telephonically,
and attestation acknowledged pursuant to
Federal Rule of Criminal Procedure 4.1(b)(2) on September 24, 2019.



_____
Wes Reber Porter
United States Magistrate Judge

# AGENT'S AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

I, Danielle DeSanctis, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since July 2014. I am currently assigned to the Violent Crime Task Force of the FBI Honolulu Field Office where my duties include, but are not limited to, investigating criminal street gangs and crimes of violence, including bank robberies. I am further deputized as a Special Deputy U.S. Marshal and have been assigned to the District of Hawaii Marshal Fugitive Task Force since January 2018, where my duties include, but are not limited to, fugitive apprehensions. Prior to joining the FBI, I served as a Norfolk Police Officer for four years and a Detective for two years. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become

familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the specified violation of federal law and does not set forth all of my knowledge about this matter.

3. This affidavit is made in support of a criminal complaint and arrest warrant for DAVID KING, for the crime of Bank Robbery, a violation of Title 18, United States Code, Section 2113(a).

**PROBABLE CAUSE
AND BACKGROUND OF INVESTIGATION**

4. For the reasons more specifically outlined below, there is probable cause to believe that DAVID KING committed the crime of bank robbery, a violation of Title 18, United States Code, Section 2113(a).

**Armed Bank Robbery on August 13, 2019**

5. On or about August 13, 2019, at approximately 1507 hours (Hawaii Standard Time-HST), an unknown male subject entered the Hawaii National Bank (HNB) – Kaimuki branch, located at 3450 Waialae Avenue Honolulu, Hawaii, 96816. The subject approached teller #4,

manned by L.A., and asked to make a cash withdrawal. L.A. asked if the subject had an account and he responded "no;" he then lifted up his shirt with his left hand, revealing a black and silver gun in his waistband. The subject put his right hand on the gun and stated he wanted cash, large bills only, and for L.A. to hurry up. L.A., stated she was "in shock" as she grabbed money from her drawer and handed it to the subject. The subject took the money and fled on foot, heading north on Ninth Avenue. L.A. stated the subject left with approximately $5,070. L.A. described the subject as a black male, approximately 5'11," wearing sunglasses and a wig. L.A. could identify the subject if seen again.

6. A.O. was employed and working at the HNB when she observed a black male, approximately six-feet tall, "peering in the windows" of the bank. A.O. alerted the bank supervisor of the situation. A short time later, the subject entered the bank "with a purpose" and approached the supervisor's window (teller #4). A.O. overheard the subject state he wanted to make a withdrawal and tell L.A. to "go faster." A.O. observed the subject take the money and flee on foot, heading north on Ninth Avenue. A.O. could identify the subject if seen again.

7. C.L. was near the bank when he observed a black male leaning on the wall outside the bank. C.L. described the male as wearing a funny looking visor with white frosty hair and classic Oakley razor back sunglasses with green iridium lenses that appear to be like The Terminator style with cream frames. C.L. could identify the subject if seen again.

8. CAM security provided CCTV video from a house across the street from the HNB around the time of the reported bank robbery. The video showed a male looking in the bank windows a couple of times and loitering outside. The male can then be seen walking up Ninth Avenue toward Waiale Avenue.

9. Just after the time of the reported bank robbery, what appears to be the same male, matching the description of the subject from the bank robbery, can be seen jogging out of view of the camera.

**Armed Robbery on September 12, 2019**

10. On or about September 12, 2019, at approximately 1413 hours-HST, bank teller J.A., observed an unknown African American male peering into the bank window of the Territorial Savings Bank – Kaimuki Branch, located at 1108 12th Avenue, Honolulu, Hawaii 96816.

4

11. J.A. motioned for the subject to enter. As the subject entered the bank, J.A. could see he was wearing sunglasses, might have been in his 60's, was approximately 5'10" tall, weighed 160 pounds, and his hair was a black afro, possibly a wig. As the subject approached J.A.'s window, he lifted his sunglasses and stated "I'm here to make a withdrawal." The subject then lifted his shirt revealing a handgun in his waistband. J.A., feeling threatened and scared, reached in her drawer and handed the subject money. The subject demanded larger bills and "more money." J.A. gave the subject approximately $936, including three $20 bait bills. J.A. could identify the subject if seen again.

12. J.S. observed a black male, approximately six-feet tall, enter and approach J.A.'s teller window. J.S. described the subject as wearing a blue shirt with white aloha print. J.S. could identify the subject if seen again.

13. CCTV footage provided by TSB around the time of the reported robbery showed a black male, approximately 6' tall, wearing sunglasses with white or light colored rims, what appeared to be black "afro" type hair, blue jeans, white sneakers, and a blue t-shirt with a white logo on the front and a white cross-with-wings on the rear. The

male can be seen approaching the bank window and peering inside. The male then enters and approaches the teller, the male can then be seen lifting his shirt with his left hand, at which point the teller begins to take money from within a drawer and hand it to the male. The male takes the money and can be seen walking out of the bank.

14. CCTV footage was provided by 76 ConocoPhillips gas station, located across 12th Avenue from TSB, around the time of the reported robbery. The video shows a red Audi circling the block and disappearing out of view on 12th Avenue. A male, matching the clothing description of the subject and appearing tall and slim, can be seen walking past the 76 ConocoPhillips gas station in the direction of TSB. A few minutes later the same male can be seen jogging up 12th Avenue, past the 76 ConocoPhillips gas station. Approximately two minutes later, the red Audi can be seen driving north on 12th Avenue and making a left turn onto Harding Avenue.

15. CCTV footage was provided by Ted's Jewelry, located north of TSB on 12th Avenue. The video captured a red 2-door Audi circling the block twice. A partial tag could be seen on the video.

16. HPD Detective Canubida ran the partial tag through database searches and found a red, 2014, 2-door Audi, bearing Hawaii license plate TPR 667. The car is registered to "David King." The listed address is 1351 Aala Street, Apartment #306, Honolulu, Hawaii. Another database search for "David King" also revealed a David King residing at the aforementioned address.

**Armed Bank Robbery on September 13, 2019**

17. On or about September 13, 2019, at approximately 1610 hours-HST, an unknown African American male entered the Territorial Savings Bank – McCully branch, located at 1111 McCully Street, Honolulu, Hawaii, 96826. The subject approached teller window #2, manned by S.K., and stated "I need to withdraw money." S.K. offered the subject a withdrawal slip and the subject replied, "You know I don't need that." The subject then used his left hand to lift up his shirt revealing a handgun in his waistband. The subject touched the handle of the gun with his right hand and stated, "You know what I need." The subject instructed S.K. to open the cash drawer and give him "all the big money." S.K. gave the subject approximately $2,978 in U.S. currency, which included two $20 bait bills.

18. Two witnesses corroborate S.K.'s version of events. The subject was described and shown on CCTV as being an African American male, approximately 6'0" to 6'2" tall, approximately 140 to 160 pounds, wearing a blue shirt with white print on the front and a white cross with wings on the back, blue pants, white sneakers, tinted sunglasses, and a black wig.

19. CCTV footage was provided by TSB. The video showed a black male, approximately 6'0 tall, wearing sunglasses with white or light colored rims, what appeared to be black "afro" type hair, blue jeans, white sneakers, and a blue t-shirt with a white logo on the front and a white cross-with-wings on the rear. The male enters and approaches the teller. The male can then be seen lifting his shirt with his left hand, at which point the teller begins to obtain money from within a drawer. When the teller hands the money to the subject, she hides behind the teller window beam and hands it to him with a completely outstretched arm. The male takes the money and can be seen walking out of the bank.

20. CCTV was footage provided by Shell gas station, located just north of TSB on McCully Street, around the time of the reported robbery. The video showed a male subject walking in the direction of the TSB and

jogging back toward Beretania Street just after the time of the reported bank robbery. The male matched the description of the subject of the bank robbery.

21. CCTV footage was provided by Wantanabe building around the time of the reported robbery. The video showed a red, 2-door Audi pulling up to the curb and parallel parking. A male matching the aforementioned description of the subject from the bank robbery, emerged from the driver's seat, wearing the aforementioned attire. The male then proceeded to walk in the direction of the TSB. A short time later, the same male can be seen approaching the red Audi at a pace slightly faster than a jog. The male gets into the Audi and drives away.

22. Investigators believe the robberies are connected and were completed by the same subject. This belief is founded upon: (i) the similarities in the physical description of the subject, given by the witnesses at each of the three bank robberies and as seen on CCTV footage; (ii) the similarities in the disguise worn by the subject in each bank robbery; and (iii) the similarities in the method of each bank robbery's commission (the demand, verbal statements, and how the weapon was revealed).

23. Separately, on or about August 17, 2019, HPD responded to an alarm call at Hawaii Car Service. Upon arrival at the location, HPD officers observed a red Audi, bearing license plates TPR 667, parked in the lot. The male identified himself as David King and entered the correct code into the alarm system. King provided his address as 1351 Aala Street #306, and a cell phone number of (808) 699-4939. This encounter was memorialized in HPD report 19-311061.

24. HPD conducted surveillance at 1351 Aala Street #306 Honolulu, HI, at the residence believed to be where DAVID KING was residing. A male matching the description of DAVID KING, was seen entering the secured parking lot associated with the aforementioned address and walking to a vehicle that had a car cover on it. The male, believed to be DAVID KING, was observed uncovering the vehicle and placing the cover into the trunk of the vehicle. The vehicle was a red, 2-door Audi, bearing Hawaii license plates TPR 667.

25. On September 23, 2019, a federal search warrant was executed at 1351 Aala Street #306 Honolulu, Hawaii. Upon knocking on the door, a male, later positively identified as DAVID KING, opened the door.

26. Federal investigators executed the search warrant and found items believed to be linked to the aforementioned bank robberies. Found within the residence was a yellow in color "Rolex" watch, a blond wig, black and silver "Oakley" sunglasses, a rose gold colored iPhone 8-plus, two (2) air soft handguns, one of which was black and silver, and black furry cloth, possibly to fashion a wig. Based on witness accounts, video footage, and my training and experience, these items are believed to be linked to the commission of the bank robberies.

**CONCLUSION OF THE AFFIANT**

27. Therefore, based on my training and experience and the aforementioned facts, I believe that probable cause exists that on or about September 13, 2019, in the District of Hawaii, DAVID KING did commit the crime of Bank Robbery, a violation of Title 18, United States Code, Section 2113 (a).

//

//

//

//

Respectfully submitted,

_____
Danielle DeSanctis
Special Agent, FBI

Sworn to under oath before me telephonically,
and attestation acknowledged pursuant to
Federal Rule of Criminal Procedure 4.1(b)(2) on September 24, 2019.

_____
Wes Reber Porter
United States Magistrate Judge